## THE MATTIE MAY.

### SMITH v. THE MATTIE MAY.

*(District Court, D. South Carolina. April 22, 1891.)*

ADMIRALTY—LIBEL IN REM—STEVEDORE'S SERVICES.
  The services of a stevedore in loading a vessel are maritime in their nature, for which, when rendered in a foreign port, a libel *in rem* will lie. Following *The Gilbert Knapp*, 37 Fed. Rep. 209.

In Admiralty. Exception to the jurisdiction.
*Northrop & Memminger*, for libelant.
*J. N. Nathans* and *Huger Sinkler*, for respondent.

SIMONTON, J. The libel is *in rem* for sum due to the stevedore who loaded the vessel. Claimant excepts to the jurisdiction. The services were performed upon the vessel, afloat in Georgetown harbor, and were maritime in their character. This court follows *The Canada*, 7 Fed. Rep. 119; *The Senator*, 21 Fed. Rep. 191; *The Gilbert Knapp*, 37 Fed. Rep. 209. Exception overruled.